# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-31030
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 27, 2015

Lyle W. Cayce
Clerk

LANDRY DIXON,

Plaintiff–Appellant,

versus

24TH DISTRICT COURT; JOSEPH F. GREFER, Judge;
MARTHA E. SASSONE, Judge; J.D. CANNELLA, Judge;
ROBERT LONG, Assistant D.A.; R. GRACIANETTE, Assistant D.A.;
CAREN MORGAN, Assistant D.A.;
JOHN J. MOLAISON, JR., Chief Judge, 24th JDC, Jefferson Parish;
HARRY LEE, JPSO Sheriff; S. BUHLER, JPSO Detective;
J. COMMIANS, JPSO Detective;
NEWELL NORMAND, Sheriff of Jefferson Parish;
PAUL D. CONNICK, JR., District Attorney for Jefferson Parish;
JO L. CUMMINGS, Deputy; JOHN MAMOULIDES,

Defendants–Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-3026

No. 14-31030

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

Landry Dixon sued in 2013 for alleged civil-rights violations stemming from an arrest and prosecution in the 1980s and early 1990s. The district court dismissed the action, explaining its decision in a brief but comprehensive opinion.

There is no error. The judgment of dismissal is AFFIRMED, essentially on the basis of the explication by the district court in its Order and Reasons dated May 30, 2014.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2